VERNON A. NELSON JR.
Nevada Bar No. 6434
FRANK A. TODDRE II
Nevada Bar No. 11474
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
FAX: 702.893.3789
e-mail: vnelson@lbbslaw.com
Attorneys for Plaintiffs
Desert Palace Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| DESERT PALACE INC., a Nevada Corporation, d/b/a CAESARS PALACE<br><br>Plaintiffs,<br><br>vs.<br><br>YVES MARKOS, an individual,<br><br>Defendants. | CASE NO. 2:05-cv-01516-KJD-GWF |

### ORDER FOR RENEWAL OF JUDGMENT PURSUANT TO NRS 17.214

This Court, having Considered Plaintiff's Application for Renewal of Judgment, and good cause appearing therefor;

///

///

///

4813-1813-8895.1

1  IT IS HEREBY ORDERED that the Judgment in Favor of Plaintiff DESERT PALACE
2  INC., a Nevada Corporation, d/b/a CAESARS PALACE and against YVES MARKOS, be
3  renewed and extended for six years from July 13, 2012.  As of the date of renewal, the Amount
4  due on this Judgment is Five Hundred Sixteen Thousand One Hundred Sixty Five and 09/100  US
5  Dollars  (US $516,165.09), which includes the original Judgment Balance and Post-Judgment
6  Interest accrued from the date of entry December 15, 2006 through the original expiration of
7  Judgment December 12, 2012

9  Dated this  10  of  Dec.  2012

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF NEVADA

Submitted by
LEWIS BRISBOIS BISGAARD & SMITH, LLP

_____
VERNON A. NELSON JR.
Nevada Bar No. 6434
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Plaintiff
Desert Palace Inc.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4813-1813-8895.1                                    2