ADAM J. PERNSTEINER
Nevada Bar No.: 7862
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702.893.3383
FAX: 702.893.3789
e-mail: adam.pernsteiner@lewisbrisbois.com
*Attorneys for Plaintiff*
*Desert Palace Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| **DESERT PALACE INC.,** a Nevada Corporation, d/b/a **CAESARS PALACE**<br><br>Plaintiff,<br><br>vs.<br><br>**YVES MARKOS**, an individual,<br><br>Defendant. | CASE NO. 2:05-cv-01516-KJD-GWF |

## AMENDED ORDER FOR RENEWAL OF JUDGMENT PURSUANT TO NRS 17.214

This Court, having Considered Plaintiff's Application for Renewal of Judgment, and good cause appearing therefor;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4812-0756-1068.1

IT IS HEREBY ORDERED that the Judgment in Favor of Plaintiff DESERT PALACE INCE., a Nevada Corporation, d/b/a CAESARS PALACE and against YVES MARKOS, be renewed and extended for six years from December 13, 2012. As of the date of renewal, the Amount due on this Judgment is Five Hundred Sixteen Thousand One Hundred Sixty Five and 09/100 US Dollars (US $516,165.09), which includes the original Judgment Balance and Post-Judgment Interest accrued from the date of entry December 15, 2006 through the original expiration of Judgment December 12, 2012.

Dated this  20th  day of  July  2018.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA

Submitted by:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**


_____/s/ Adam J. Pernsteiner_____
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 07862
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*
*Desert Palace Inc.*